**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Coleman, Henry J.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kaden, Hilary** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Hillary Coleman; AKA Hillary Marks Coleman** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-0783** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-7703** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3332 North Ashland Avenue**<br>**Unit 2**<br>**Chicago, IL 60657** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3332 North Ashland Avenue**<br>**Unit 2**<br>**Chicago, IL 60657** |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other_____   ☐ Clearing Bank | ☐ Chapter 7   ☐ Chapter 11   ■ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/05)** FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Coleman, Henry J.**<br>**Kaden, Hilary** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Henry J. Coleman**
Signature of Debtor **Henry J. Coleman**

X  **/s/ Hilary Kaden**
Signature of Joint Debtor **Hilary Kaden**

_____
Telephone Number (If not represented by attorney)

**October 12, 2005**
Date

**Signature of Attorney**

X  **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)
**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)
**Gregory K. Stern, P.C.**
Firm Name
**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**
Address
**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number
**October 12, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Gregory K. Stern**          **October 12, 2005**
Signature of Attorney for Debtor(s)          Date
**Gregory K. Stern 6183380**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Account Solutions Group, LLC
2-5 Bryant Woods South
Amherst, NY 14228


Alliance One Receivables Management, Inc
1160 Centre Pointe Drive
Suite 1
Mendota Heights, MN 55120


American Express
P.O. Box 297807
Fort Lauderdale, FL 33329-7807


Ameriquest Recovery Services, LLC
126 North Meridian Road
Kalispell, MT 59901


Atlantic Credit & Finance Inc.
PO Box 13386
Roanoke, VA 24033-3386


Atwell, Curtis & Brooks, Ltd.
204 Stonehinge Lane
PO Box 363
Carle Place, NY 11514-0363


Baker, Miller, Markoff & Krasny, LLC
29 North Wacker Drive
5th Floor
Chicago, IL 60606-3221


Bank One, Illinois, NA
1 Bank One Plaza
Chicago, IL 60670


Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015


Chase
P.O. Box 15209
Wilmington, DE 19850-5298

Chase Bank One - Cardmember Service
P.O. Box 15298
Wilmington, DE 19850-5298


Commonwealth Edison
Bill Payment Center
Chicago, Il 60668-0001


Countrywide Home Loans
7105 Corporate Drive
PTX B36
Plano, TX 75024


Dell Financial Services
P.O. Box 6403
Carol Stream, IL 60197-6403


Discover Financial Services
P.O. Box 30395
Salt Lake City, UT 84130-0395


Catherine Elliot Dunne
110 West Grand Avenue
Chicago, IL 60610-4206


Financial Asset Management Systems, Inc.
P.O. Box926050
Norcross, GA 30010-6050


Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438-7253


Franmara, Inc.
560 Work Street
Salinas, CA 93901


Harris & Harris, Ltd.
600 West Jackson Boulevard
Suite 400
Chicago, IL 60661

```
HILCO/MBNA
5 Revere Drive
Suite 430
Northbrook, IL 60062


Household Bank
P.O. Box 5244
Carol Stream, IL 60197-5244


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604


JP Morgan Chase Bank, NA
PO Box 29550
Phoenix, AZ 85038-9550


Robert Kaden & Ellie Kaden
6725 Leroy
Lincolnwood, IL 60712


MBNA America
P.O. Box 15027
Wilmington, DE 19850-5027


McCarthy, Burgess & Wolff
26000 Cannon Boulevard
Cleveland, OH 44146


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


Nationwide Credit, Inc.
800 Westpoint Parkway
Suite 1100
Westlake, OH 44145-1500
```

NCO Financial System, Inc.
507 Prudential Road
Horsham, PA 19044


NOVA Information Systems
One Concourse Parkway
Suite 300
Atlanta, GA 30328


Peoples Gas
Chicago, IL 60687-0001


Providian
P.O. Box 660487
Dallas, TX 75266-0487


RC2 Brands, Inc.
1111 West 22nd Street
Suite 320
Oak Brook, IL 60523


Receivable Management Services
4836 Brecksville Road
PO Box 523
Richfield, OH 44286


Sallie Mae Servicing Corporation
P.O. Box 9500
Wilkes-Barre, PA 18773-9500


State of Louisiana
Department of Revenue
PO Box 91017
Baton Rouge, LA 70821-9017


State of Lousiana/Department of Labor
U.I. Tax Liablity and Adjudication
PO Box 94186
Baton Rouge, LA 70804-9186


Tempest Recovery Services, Inc.
PO Box 3777
Saint Joseph, MO 64503-3777

Titan Recovery Group, LLC
2160 Satellite Boulevard
Suite 300
Duluth, GA 30097


Torres Credit Services, Inc.
27 Fairview Street
PO Box 189
Carlisle, PA 17013-3121


Uline
2105 South Lakeside Drive
Waukegan, IL 60085


Unisar, Inc.
15 WEst 36th Street
New York, NY 10018


United Mileage Plus, Cardmember Services
P.O. Box 15298
Wilmington, DE 19850-5298


United Parcel Service
P.O. Box 650580
Dallas, TX 75265-0580


Valentine & Lebartas, Inc.
PO Box 1236
Troy, MI 48099-1236


Vericore
1200 West Causeway Approach
Mandeville, LA 70471


Vital Recovery Services, Inc.
PO Box 923747
Norcross, GA 30010-3747


Waste Management
720 East Butterfield Road
Lombard, IL 60148